IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC E. BERNARD (#R-25398) a/k/a TERRELL KING, <br><br> Plaintiff, <br><br> v. <br><br> JOHN BALDWIN, et al. <br><br> Defendants. | Case No. 1:20-cv-05368 <br><br> Honorable Iain D. Johnston <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

The Parties, by and through their respective counsel file this Joint Status Report pursuant to the Court's minute entry. Dkt, 254. The Parties state as follows:

1. On August 25, 2025, the court ordered the parties to file a written status report to report if a renewed settlement was fruitful by today October 17, 2025.

2. At this time, Defendants have received Mr. Bernard's settlement demand in this case but need additional time to review and respond.

3. Pursuant to the Court's order earlier today, they will be prepared to advise the Court of future settlement discussion at the hearing set for November 3 at 1:30p.m. Dkt. 259.

Respectfully submitted,

s/ Heather Lewis Donnell
Heather Lewis Donnell
Loevy & Loevy
311 N. Aberdeen St., Suite 3
Chicago, Illinois 60607
(312) 243-5900
**Counsel for Plaintiff Eric Bernard**

s/   Joseph J. Lombardo
Joseph J. Lombardo

Luke Sawicki
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
**Counsel for Defendants,**
**Tauseef Ehteramudin, R.N.,**
**Jacqueline Adjaley, R.N., Ritchie**
**Cumba, R.N., Virginia Garcia, R.N.,**
**and Edward Brezinski, R.N.**

s/ Thomas Pietryla

Thomas Pietryla
Dylan Barnick
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street, 28th Floor
Chicago, Illinois 60603
(312) 814-7199
**Counsel for IDOC Defendants**