IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| ERIC E. BERNARD (#R-25398) a/k/a TERRELL KING,<br>   *Plaintiff*,<br><br>v.<br><br>JOHN BALDWIN, et al.<br>   *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  CASE NO.: 3:25-cv-50366<br><br>Honorable Ian D. Johnston<br><br><br>**JURY TRIAL DEMANDED** |

## PARTIES' JOINT STATUS REPORT

The Parties, by and through their respective counsel provide the following joint status report pursuant to the order entered by the Honorable Linsday Jenkins, prior to consolidation. Dkt. 253 (July 31, 2025 Minute Order). The parties state as follows:

  1.  Prior to consolidation of this case before this Honorable court, Judge Lindsay C. Jenkins ordered the parties to meet and confer and propose a summary judgment briefing schedule.

  2.  The Parties intend to continue to engage in settlement communications but agree that they should proceed with dispositive motions in this matter.

  3.  Accordingly, the parties have met and conferred and jointly propose the following briefing schedule:

    a.  Opening Briefs: December 8, 2025.

    b.  Response Briefs: January 13, 2025.

    c.  Reply Briefs: February 3, 2026.

4. The parties are in agreement regarding the proposed schedule and will continue to confer in good faith to ensure timely completion of briefing.

Respectfully submitted,

s/ Heather Lewis Donnell
Heather Lewis Donnell
Loevy & Loevy
311 N. Aberdeen St., Suite 3
Chicago, Illinois 60607
(312) 243-5900
**Counsel for Plaintiff Eric Bernard**

s/ Joseph J. Lombardo
Joseph J. Lombardo
Luke Sawicki
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
**Counsel for Defendants,**
**Tauseef Ehteramudin, R.N.,**
**Jacqueline Adjaley, R.N., Ritchie**
**Cumba, R.N., Virginia Garcia,**
**R.N., and Edward Brezinski, R.N.**

s/Dylan J. Barnick
Dylan Barnick
Thomas Pietryla
Assistant Attorney General
Illinois Attorney General's Office
General Law Bureau
115 S. LaSalle Street
Chicago, Illinois 60603
(217) 720-8688
**Counsel for IDOC Defendants**